IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore DIVISION

**TROY ERIC BARNES**  *
    Plaintiff  *

Vs.  *  Civil Case No.: 1:16-cv-00502-ELH

**STATE OF MARYLAND**, *et al*  *
    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO STRIKE APPEARANCE OF KIM PARKER AND THE LAW OFFICES OF KIM PARKER, P.A., AS COUNSEL FOR PLAINTIFF

NOW COMES, Troy Eric Barnes, by his undersigned counsel and moves this Court to strike the appearance of KIM PARKER, ESQUIRE AND THE LAW OFFICES OF KIM PARKER, P.A., as counsel for Plaintiff.

Attorney Jessie Lyons Crawford will remain counsel of record for Plaintiff.

    Respectfully Submitted,

    **/s/ Kim Parker /s/**
    _____
    Kim Parker, Esquire
    Law Offices of Kim Parker, P.A.
    2123 Maryland Avenue
    Baltimore, Maryland 21218
    O: 410-234-2621
    F: 410-234-2612
    E: kp@kimparkerlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore DIVISION

         \*

**TROY ERIC BARNES**
   Plaintiff          \*

Vs.          \*   Civil Case No.: 1:16-cv-00502-ELH

**STATE OF MARYLAND**, *et al*          \*
   Defendant
\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

ORDER

Upon consideration of the Plaintiff's Motion to Strike Appearance of Kim Parker, Esquire and the Law Offices of Kim Parker, P.A., it is hereby this \_\_\_day of _____, 2016, ORDERED that the Motion is GRANTED.

_____
Judge Ellen L. Hollander
United States District Court