# Derrick Pack

| | |
|---|---|
| From: | Lane-Weber, Stephanie <slaneweber@oag.state.md.us> |
| Sent: | Tuesday, November 01, 2016 4:32 PM |
| To: | Derrick Pack |
| Cc: | 'Jessie Crawford' |
| Subject: | RE: Barnes vs. State of Maryland, et al.; Civil Action No. 1:16-cv-00502 |

Hello Mr. Pack: Thank you for memorializing the conversation with my assistant. In writing the consent motion for extension of time the plaintiff may indicate that I consented to the granting of the extension to December 16., 2016.

Best
Stephanie

Stephanie Lane-Weber
Counsel, Correctional Litigation Division
Office of the Attorney General
200 St. Paul Place
Baltimore, Maryland 21202
(t) 410-576-6340
(f) 410-576-6880

**From:** Derrick Pack [mailto:crawfordassist1@verizon.net]
**Sent:** Tuesday, November 01, 2016 4:28 PM
**To:** Lane-Weber, Stephanie <slaneweber@oag.state.md.us>
**Cc:** 'Jessie Crawford' <attorneyjlcrawford@verizon.net>
**Subject:** RE: Barnes vs. State of Maryland, et al.; Civil Action No. 1:16-cv-00502

Ms. Lane-Weber, Esq.,

This email memorializes our conversation held today, November 1, 2016 at or around 4:20 p.m., by means of your office assistant.

By your authority, and on behalf of Nicole Gatewood, Esquire, you informed of your consent to our request for an enlargement of time for Plaintiff to respond to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, filed on September 6, 2016.

Currently, our response to the motion is due on Monday, November 7, 2016. The deadline for response will therefore be extended to Friday, December 16, 2016.

Thank you.

**Derrick Pack, Jr.**
Paralegal
The Law Office of Jessie Lyons Crawford, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230 - Office
(410) 662-1238 – Facsimile

1