IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Civil Division)

|  |  |  |
|---|---|---|
| **TROY ERIC BARNES** | * | |
| **Plaintiff** | * | **Civil Case No.:** 1:16-cv-00502-ELH |
| Vs. | * | |
| **STATE OF MARYLAND** | * | |
| Et al. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

UPON CONSIDERATION of the Consent Motion for Extension of Time to Respond to Defendants', Warden Richard J. Graham, Jr., Chief of Security Bradley Butler, Secretary Stephen T. Moyer, Officer Nicholas Hetz, Officer Brett Wilburn, Officer Randy Beal, Officer Steven Wilson, Captain William Gordon, and Sergeant William Slate, Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, it is hereby this _7th__ day of April, 2017, so

**ORDERED**, that the Consent Motion for Enlargement of Time to Respond is **GRANTED, in part**. It is further,

**ORDERED**, that the Plaintiff shall file response to the Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, on or before April 17, 2017, as so agreed by the parties.

_____

**HONORABLE JUDGE,**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

1