

# THE LAW OFFICE OF
# JESSIE LYONS CRAWFORD, LLC

"BEGIN WITH BELIEVING THAT YOU WILL SUCCEED"

**JESSIE LYONS CRAWFORD, ESQ.**

July 27, 2017

Magistrate Judge A. David Copperthite
United States District Court for the District of Maryland
101 West Lombard Street, Room 8B
Baltimore, Maryland 21201

Re: **Our Client:** **Troy Eric Barnes # 370871**
     **Case No.:** **ELH-16-0502**
     **Settlement Conference: August 10, 2017, 10:00 a.m.**

Dear Magistrate Copperthite:

Please issue a Writ for the following:

Troy Barnes
ID: # 370871
Location: Maryland Correctional Training Center, 1880 Roxbury Road, Hagerstown, MD 21746

For the purpose of attending the settlement conference of his civil case number **ELH-16-0502.**
Location: Before Magistrate Judge David Copperthite
Date: August 10, 2017 at 10:00 a.m.

Thank you.

Very truly yours,


Jessie Lyons Crawford, Esquire
Attorney

**2601 MARYLAND AVENUE | BALTIMORE, MARYLAND 21218**
**OFFICE: 410-662-1230 | FACSIMILE: 410-662-1238**
**EMAIL: ATTORNEYJLCRAWFORD@VERIZON.NET**